UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.  19-61620-CIV-MARTINEZ-SNOW

JACKSON SAINVIL, individually
and on behalf of all others similarly situated,

    Plaintiff,
v.

FASHION NOVA, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Jackson Sainvil and Defendant Fashion Nova, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted by Plaintiff in his individual capacity against Defendant, be, and the same hereby are, dismissed in its entirety.  Plaintiff and Defendant hereby dismiss all class claims alleged against Defendant without prejudice.  Each party shall each bear its own attorneys' fees and costs.

DATED this 4th day of December, 2019.

| | |
|---|---|
| */s/ Seth M. Lehrman* | */s/ Aaron S. Blynn* |
| Seth M. Lehrman (FBN 132896) | Aaron S. Blynn (FBN 0073464) |
| E-mail: seth@epllc.com | Email: ablynn@gjb-law.com |
| EDWARDS POTTINGER LLC | GENOVESE JOBLOVE & BATTISTA, P.A. |
| 425 North Andrews Avenue, Suite 2 | 100 S.E. Second Street, 44th Floor |
| Fort Lauderdale, Florida 33301 | Miami, FL 33131 |
| Telephone: 954-524-2820 | Telephone: 305-349-2300 |
| Facsimile: 954-524-2822 | Facsimile: 305-428-8810 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Fashion Nova, Inc.* |