UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
**Case Number: 19-61620-CIV-MARTINEZ-SNOW**

JACKSON SAINVIL, individually and on behalf
of all others similarly situated,
    Plaintiff,

vs.

FASHION NOVA, INC.,
    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal without Prejudice [ECF No. 14]. It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. All parties shall bear their own attorney's fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of December, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record