UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
**Case Number: 19-61620-CIV-MARTINEZ-SNOW**

JACKSON SAINVIL, individually and on behalf
of all others similarly situated,
    Plaintiff,

vs.

FASHION NOVA, INC.,
    Defendants.
_____/

**AMENDED FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, [ECF No. 14]. The Court previously entered an Order of Dismissal without Prejudice, [ECF No. 15]. That Order, [ECF No. 15], is hereby **VACATED and AMENDED** as follows. It is:

**ADJUDGED** that all claims asserted by Plaintiff in his individual capacity are **DISMISSED with prejudice**. All class claims alleged against Defendant are **DISMISSED without prejudice.** All parties shall bear their own attorney's fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of December, 2019.

                                                            _____
                                                            JOSE E. MARTINEZ
                                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record